United States District Court
District of Connecticut
FILED AT NEW HAVEN

July 21 ,20 21

By /s/ Tatihana Murphy
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NUMBER: 3:21-cr-00119-VAB |
| v. | : | |
| ABDULLAH MUHAMMAD | : | July 19, 2021 |

### APPLICATION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Natasha M. Freismuth, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Thursday, July 22, 2021 at 10:00a.m., there will come before the Honorable Robert M. Spector, United States Magistrate Judge, at 141 Church Street, New Haven, Connecticut, the criminal case of United States v. ABDULLAH MUHAMMAD.

2. That the above named defendant, ABDULLAH MUHAMMAD , Inmate No. 256339, is to be prosecuted on charges in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

3. That the said ABDULLAH MUHAMMAD, is now confined at the New Haven Correctional Center, New Haven, CT.

4. That the said ABDULLAH MUHAMMAD should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as may be requested by the Office of the United States Attorney for the District of Connecticut by way of an order to produce.

WHEREFORE, your petitioner respectfully prays that the Court may issue a Writ of Habeas Corpus Ad Prosequendum to the Connecticut Department of Correction, the New Haven Correctional Center, New Haven, Connecticut, the United States Marshal for the District of Connecticut, or any of his proper deputies, or any other authorized federal agent ordering them to produce the said ABDULLAH MUHAMMAD at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on the requested date and from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

/S/
NATASHA M. FREISMUTH
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05772
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821-3700