3:21-cr-00119-VAB

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO CONNECTICUT DEPARTMENT OF CORRECTION, THE WARDEN, NEW HAVEN CORRECTIONAL CENTER, NEW HAVEN, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of ABDULLAH MUHAMMAD, Inmate No. 256339, now detained under your custody as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, or any other authorized federal agent, may have the said ABDULLAH MUHAMMAD before the Honorable Robert M. Spector, United States Magistrate Judge, United States District Court, District of Connecticut, at the United States Courthouse, 141 Church Street, New Haven, Connecticut, on Thursday, July 22, 2021 at 10:00a.m., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said ABDULLAH MUHAMMAD for violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).  Immediately after the presentment has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said ABDULLAH MUHAMMAD to the Connecticut Department of Correction, the Warden, New Haven Correctional Center, New Haven, Connecticut under safe and secure conduct.

Tatihana Murphy
Digitally signed by Tatihana Murphy
Date: 2021.07.21 15:58:31 -04'00'

DEPUTY, U.S. DISTRICT COURT

The foregoing Writ is hereby allowed. Dated at New Haven, Connecticut, this 21st day of July, 2021.

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2021.07.21 15:45:18 -04'00'

HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE

True Copy
ATTEST:
ROBIN D. TABORA
Clerk, U.S. District Court
By /s/ Tatihana Murphy
Deputy Clerk